# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE EILEEN FETTY<br><br>        Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>        Defendant. | Case No.: 1:13-cv-01031-SAB<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include March 28, 2014, in which to file Plaintiff's opening brief; and that all other deadlines set forth in the July 9, 2013 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **March 7, 2014**

UNITED STATES MAGISTRATE JUDGE