# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE EILEEN FETTY,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:13-cv-01031-SAB<br><br>ORDER APPROVING STIPULATION TO EXTEND TIME<br><br>ECF NO. 17 |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include April 28, 2014, in which to file Plaintiff's opening brief and that all other deadlines set forth in the July 9, 2013 Case Management Order shall be extended accordingly. **This shall be Plaintiff's final extension of time to file an opening brief.**

IT IS SO ORDERED.

Dated:   **March 31, 2014**

UNITED STATES MAGISTRATE JUDGE

1