# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| SUZANNE EILEEN FETTY, | ) Case No.: 1:13-cv-01031-SAB |
| | ) |
| Plaintiff, | ) ORDER OF DISMISSAL |
| | ) |
| vs. | ) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

Pursuant to the stipulation of the parties, this action is HEREBY DISMISSED with prejudice. The parties have consented to the jurisdiction of the magistrate judge. (ECF Nos. 8, 10.) Each party shall bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated:   **April 15, 2014**

UNITED STATES MAGISTRATE JUDGE

-1-